IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE: | CASE NO: 09-55681 |
|---|---|
| ZAKOVEC, NICOLAS ROBERT | CHAPTER 7 |
| | JUDGE: MARILYN SHEA-STONUM |
| Debtor(s) | MOTION REQUESTING THE DEBTORS APPEAR FOR 2004 EXAM |

Now comes Richard A. Wilson, the Trustee herein, who moves the Court for an Order directing the Debtors to appear before the Trustee for further examination under Rule 2004.

WHEREFORE, the Trustee requests an Order directing the Debtors to appear and be examined by the Trustee on **November 2, 2010 at 11:15am.** Said exam shall take place at the First Energy Building, Atrium Level, #120, 76 S. Main St., Akron, Ohio 44308.

Submitted by

/s/ Richard A. Wilson
RICHARD A. WILSON #0018140
Trustee in Bankruptcy
PO Box 3307
Kent, Ohio 44240
Phone: (330) 678-2850
Fax: (330) 678-2058
E-Mail: buckeye56@sbcglobal.net

PROOF OF SERVICE

I hereby certify that on September 24, 2010, a copy of the foregoing Motion for 2004 Exam was:

**Served electronically via ECF:**

United States Trustee
Robert M. Whittington, Jr.,
Attorney for Debtor

**Served via Regular U.S. Mail:**

Nicolas R. Zakovec, Debtor
3475 Burrwood Dr.
Richfield, OH 44286

/s/ Richard A. Wilson
RICHARD A. WILSON
Trustee in Bankruptcy